

Edward Y. Kroub – Partner
200 Vesey Street, 24th Floor
New York, NY 10281
P: (212) 595-6200 | F: (212) 595-9700
Ekroub@mizrahikroub.com
www.mizrahikroub.com

May 12, 2022

The Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Paguada v. Attain Inc.;* Case No. 1:22-cv-01513-LJL

Dear Judge Liman:

We represent plaintiff Dilenia Paguada ("Plaintiff") in the above-referenced action. We submit this letter to respectfully request an adjournment of the initial conference set for May 19, 2022, at 3:00 p.m. The parties request this adjournment since Defendant's answer was due on April 7, 2022, and they have yet to appear or contact Plaintiff. Plaintiff already obtained a Certificate of Default as to Defendant, *Attain Inc.,* requests 30 days to file an Order to Show Cause for Default Judgment in accordance with the Court's individual rules. This is Plaintiff's first request for such extension.

Thank you for your consideration in this matter.

Respectfully submitted,
*/s/ Edward Y. Kroub*
EDWARD Y. KROUB

cc:   All Counsel of Record (via ECF)

The request is GRANTED.  Plaintiff's motion for default judgment shall be made by June 17, 2022 and served on the Defendants.  Defendant's opposition, if any, is due July 11, 2022, and Plaintiff may reply to any such opposition by July 18, 2022.  Plaintiff should take note that the Court's individual practices require a motion for default judgment, not an Order to Show Cause.  The Court will hold a telephonic hearing on the default judgment motion on July 22, 2022 at 3:00 p.m.  The parties are directed to dial in to the Court's teleconference line at 888-251-2909, Access Code 2123103#.

Plaintiff is directed to mail a copy of this Order to the Defendant.

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

5/13/2022